# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MANG YANG,

   Petitioner,

v.

      **ORDER ADOPTING REPORT  AND RECOMMENDATION**
      Civil File No. 24-04634 (MJD/TNL)

MINNESOTA, STATE OF

   Respondent.

Mang Yang, Pro Se.

Peter R. Marker, Assistant Ramsey County Attorney, for Respondent State of Minnesota.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung filed February 7, 2025.  [Doc. 15.]  Petitioner filed objections to the Report and Recommendation.  [Doc. 16.]  Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Leung.

1

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung filed February 7, 2025 **[Doc. 15]**;

2. Petitioner Mang Yang's petition for habeas corpus under 28 U.S.C. § 2254, **[Doc. 1]**, is **DENIED**;

3. Petitioner's Motion for Leave to File Reply, **[Doc. 5]** is **DENIED**;

4. Petitioner's Motions to Appoint Counsel, **[Docs. 6, 14]**, are **DENIED** as **MOOT**;

5. Petitioner's Application for *In Forma Pauperis*, **[Doc. 8]**, is **DENIED** as **MOOT**;

6. No certificate of appealability will issue; and

7. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   April 15, 2025                          s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court